**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT WHITE,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:17CV1259JCH** |
| | ) | |
| **EDUCATIONAL CREDIT** | ) | |
| **MANAGEMENT CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER AND JUDGMENT

On October 10, 2017, Defendant Educational Credit Management Corporation filed a Motion for Summary Judgment asking the Court to enter summary judgment in its favor and against Plaintiff Robert White on Plaintiff's Second Amended Complaint.  (ECF 23; ECF 25).  The Case Management Order provides that any response to a motion for summary judgment must be filed no later than thirty days after the motion is filed.  (ECF 21).  Plaintiff failed to file a timely response to Defendant's Motion for Summary Judgment.

On November 15, 2017, the Court issued an Order to Show Cause ordering Plaintiff to file a response to Defendant's Motion for Summary Judgment within seven (7) days of the date of the Order.  (ECF 28).  On November 22, 2017, Plaintiff requested that the Court grant him until December 22, 2017, to file a

response to Defendant's Motion for Summary Judgment.  (EF 29).  On November 27, 2017, the Court granted Plaintiff's Motion for an Extension of Time and ordered that Plaintiff file a response to Defendant's Motion for Summary Judgment by December 22, 2017.  (ECF 30).

Plaintiff failed to file a response in accordance with the Court's November 27, 2017 Order.  On January 4, 2018, the Court issued a second Order to Show Cause, ordering Plaintiff to file a Response to Defendant's Motion for Summary Judgment within seven (7) days of the date of the Order and stating that Plaintiff's failure to do so might result in the Court's granting Defendant's Motion for Summary Judgment.  (ECF 31).  Plaintiff has failed to comply with the Court's January 4, 2018 Order.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Educational Credit Management Corporation's Motion for Summary Judgment (ECF 25) is **GRANTED**; and

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Judgment is entered in favor of Defendant Educational Credit Management Corporation, and that this matter is **DISMISSED**.

Dated this 17th Day of January 2018.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

2